1 | **COHN LIFLAND PEARLMAN**
**HERRMANN & KNOPF LLP**
2 | PETER S. PEARLMAN (admitted *pro hac vice*)
3 |   psp@njlawfirm.com
KELLY M. PURCARO (admitted *pro hac vice*)
4 |   kmp@njlawfirm.com
MATTHEW F. GATELY (admitted *pro hac vice*)
5 |   mfg@njlawfirm.com
6 | Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
7 | Saddle Brook, New Jersey 07663
Telephone: (201) 845-9600
8 | Facsimile: (201) 845-9423
9 |
**GLANCY PRONGAY& MURRAY LLP**
10 | MARC L. GODINO (Bar No. 182689)
  mgodino@glancylaw.com
11 | KARA M. WOLKE (Bar No. 241521)
  kwolke@glancylaw.com
12 | MARK S. GREENSTONE (Bar No. 199606)
13 |   mgreenstone@glancylaw.com
14 | 1925 Century Park East, Suite 2100
Los Angeles, CA 90067
15 | Telephone: (310) 201-9150
Facsimile: (310) 201-9160
16 |
17 | *Attorneys for Plaintiffs and Proposed Class and*
*Proposed Interim Co-Lead Counsel*
18 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STELLA LEMBERG, JENI LAURENCE, AMANDRA BLUDER, CARISSA STUCKART, DANA APANA, KAREN MOSS BROWN, SHANNON CARRILLO, SAMANTHA HALL, NATALIE LIEN, MELISSA ATKINSON, AKI BERRY, CHERYL HAYTON, TIFFANY SCHEFFER, LORA HASKETT, ASHLEY HEALY, JOCELYN BURKE-CRAIG, BRITTANY BIANCHI, KERRY | Case No.: 5:17-cv-02102<br><br>Class Action<br><br>**STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE THEIR MOTION FOR CLASS CERTIFICATION UNTIL NINETY (90) DAYS FOLLOWING THE COURT'S ENTRY OF THE FIRST SCHEDULING ORDER** |

1  TIGHE-SCHWEGLER, JINI PATTON,
   LAURA ROCKE, STEPHANIE
2  MCGURN, AND PEGGY JOHNSON,
   ON BEHALF OF THEMSELVES AND
3  ALL OTHERS SIMILARLY
   SITUATED,
4
5                                  Plaintiffs,
6
7       vs.
8  LULAROE, LLC D/B/A LULAROE, A
   CALIFORNIA LIMITED LIABILITY
9  COMPANY; LLR, INC., A WYOMING
   CORPORATION; MARK STIDHAM;
10 DEANNE BRADY A/K/A DEANNE
   STIDHAM; AND DOES 1-10,
11 INCLUSIVE,
12
13                                  Defendants.
14
15         Plaintiffs, Stella Lemberg, Jeni Laurence, Amandra Bluder, Carissa Stuckart,
16 Dana Apana, Karen Moss Brown, Shannon Carrillo, Samantha Hall, Natalie Lien,
17 Melissa Atkinson, Aki Berry, Cheryl Hayton, Tiffany Scheffer, Lora Haskett,
18 Ashley Healy, Jocelyn Burke-Craig, Brittany Bianchi, Kerry Tighe-Schwegler, Jini
19 Patton, Laura Rocke, Stephanie McGurn, and Peggy Johnson (collectively, the
20 "Plaintiffs"), and Defendants LuLaRoe, LLC d/b/a LuLaRoe, LLR, Inc.
21 (collectively, the "Defendants"), through their undersigned counsel, hereby stipulate
22 and agree as follows:
23
24         **WHEREAS**, on October 13, 2017, Plaintiffs Carissa Stuckart, Stella
25 Lemberg, Amandra Bluder, and Jeni Laurence commenced this action against
26 Defendants by filing a Class Action Complaint in the above-captioned Court
27 ("Complaint") (ECF Doc. #1);
28

STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE THEIR MOTION FOR CLASS
CERTIFICATION UNTIL NINETY (90) DAYS FOLLOWING THE COURT'S ENTRY OF THE FIRST
SCHEDULING ORDER

1      **WHEREAS**, on November 1, 2017, Defendants LuLaRoe, LLC d/b/a

2 LuLaRoe, and LLR, Inc. waived service of summons (ECF Docs #31-32);

3      **WHEREAS**, on December 27, 2017, Defendants LuLaRoe, LLC d/b/a

4 LuLaRoe, and LLR, Inc. filed their Motion to Compel Plaintiffs to Individually

5 Arbitrate and to Dismiss or Stay this Action (ECF Doc. #36);

6      **WHEREAS**, on December 28, 2017, the Court entered an Order setting a

7 Scheduling Conference on this case for April 27, 2018 (ECF Doc. #38);

8      **WHEREAS**, on January 12, 2018, Plaintiffs filed their First Amended

9 Complaint (ECF Doc. #45) in response to which Defendants inted to file a Motion

10 to Strike;

11      **WHEREAS**, Plaintiffs have requested the issuance of a summons from this

12 Court in order to effectuate service upon the newly added individual defendants,

13 Mark Stidham and Deanne Brady a/k/a Deanne Stidham (the "Individual

14 Defendants") (ECF Docs. #46-47];

15      **WHEREAS**, on January 12, 2018, Plaintiffs filed their Motion for

16 Appointment of Interim Co-Lead Counsel (ECF Doc. #48);

17      **WHEREAS**, on January 12, 2018, Plaintiffs filed their Opposition to Motion

18 to Compel Plaintiffs to Individually Arbitrate and to Dismiss or Stay this Action

19 (ECF Doc. #49);

20      **WHEREAS**, C.D. Cal. Civ. L.R. 23-3 requires that proponents of the Class

21 shall file a Motion for Class Certification within 90 (ninety) days after service of the

22 pleading unless otherwise ordered by the court;

1   **WHEREAS**, the deadline for Plaintiffs to file their Motion for Class

2   Certification under C.D. Cal. Civ. L.R. 23-3 is currently January 30, 2018;

3       **WHEREAS**, the parties have not yet exchanged discovery, the Individual

4   Defendants have not yet been served with the First Amended Complaint, and a

5   decision has not yet been rendered on Defendants' Motion to Compel;

6       **WHEREAS**, filing a Certification Motion prior to service of the First

7   Amended Complaint upon the Individual Defendants would mean briefing the

8   motion prior to the appearance of all parties in this case;

9       **WHEREAS**, the procedural posture of this case and lack of discovery makes

10  it impracticable, if not impossible, for Plaintiffs to file a Certification Motion at this

11  early stage of the litigation;

12      **WHEREAS**, the parties believe that good cause exists to extend the time for

13  the filing of the Motion for Class Certification until 90 (ninety) days following the

14  Court's entry of the first Scheduling Order (which will be entered following the

15  April 27, 2018 scheduling conference); and

16      **WHEREAS**, the parties shall propose a mutually agreeable briefing schedule

17  for the Motion for Class Certification at the first scheduling conference; and

18      **WHEREAS**, the parties have not previously submitted any stipulations in this

19  action;

20      **WHEREAS**, this Stipulation is made in good faith and not for purposes of

21  delay.

4

**IT IS HEREBY STIPULATED AND AGREED** that the Court may enter an Order Extending the time for the filing of the Motion for Class Certification until 90 (ninety) days following the Court's entry of the first Scheduling Order.

Dated: January 23, 2018                     RESPECTFULLY SUBMITTED,

By: */s/ Kelly M. Purcaro*
      **COHN LIFLAND PEARLMAN**
      **HERRMANN & KNOPF LLP**
      PETER S. PEARLMAN
      psp@njlawfirm.com
      KELLY M. PURCARO
      kmp@njlawfirm.com
      MATTHEW F. GATELY
      mfg@njlawfirm.com
      Park 80 West – Plaza One
      250 Pehle Avenue, Suite 401
      Saddle Brook, NJ  07663
      Tel.:  (201) 845-9600
      Fax:  (201) 845-9423

      *Attorneys for Plaintiffs and Proposed Class*

Dated: January 23, 2018

By: */s/ William S. O'Hare*
      **SNELL & WILMER L.L.P.**
      sgrahm@swlaw.com
      STEVEN T. GRAHAM
      wohare@swlaw.com
      WILLAM S. O'HARE
      eweldon@swlaw.com
      ELIZABETH M. WELDON
      jhua@swlaw.com
      JENNY HUA
      600 Anton Blvd, Suite 1400
      Costa Mesa, California 92626-7689
      Tel.:  (714) 427-7000
      Fax:  (714) 427-7799

      *Attorneys for Defendants LuLaRoe, LLC*
      *and LLR, Inc.*

STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE THEIR MOTION FOR CLASS
CERTIFICATION UNTIL NINETY (90) DAYS FOLLOWING THE COURT'S ENTRY OF THE FIRST
SCHEDULING ORDER

1

## SIGNATURE CERTIFICATION (Local Rule 5-4.3.4)

2

3

I, Kelly M. Purcaro, certify that all signatories listed above, and on whose

4

behalf the filing is submitted, concur in the filing's content and have authorized the

5

filing.

6

7

Dated: January 23, 2018

**COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP**

8

9

By: */s/ Kelly M. Purcaro*

*Attorneys for Plaintiffs and Proposed Class*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6