UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | ED CV 17-02102-AB (SHKx) | Date: | April 13, 2018 |

Title: Stella Lemberg et al v. LuLaRoe, LLC et al

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Kelly M Purcaro, PHV | William S O'Hare, Jr. |
| Mark L Godino | Elizabeth M Weldon |
| Kevin S Landau, PHV | |

**Proceedings:** DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO INDIVIDUALLY ARBITRATE AND TO DISMISS OR STAY THIS ACTION [76]

    The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.