| | |
|---|---|
| 1 | Steven T. Graham (#105710) |
|   | sgraham@swlaw.com |
| 2 | William S. O'Hare (#082562) |
|   | wohare@swlaw.com |
| 3 | Elizabeth M. Weldon (#223452) |
|   | eweldon@swlaw.com |
| 4 | Jenny Hua (#294984) |
|   | jhua@swlaw.com |
| 5 | **SNELL & WILMER** L.L.P. |
|   | 600 Anton Blvd, Suite 1400 |
| 6 | Costa Mesa, California  92626-7689 |
|   | Telephone:  714.427.7000 |
| 7 | Facsimile:   714.427.7799 |
| 8 | Attorneys for Defendants |
|   | LuLaRoe, LLC, LLR, Inc., |
| 9 | Mark Stidham and DeAnne Brady |
| 10 | *[Counsel Continued on Pages 2-4]* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stella Lemberg, Jeni Laurence, Amandra Bluder, Carissa Stuckart, Dana Apana, Karen Moss Brown, Shannon Carrillo, Samantha Hall, Natalie Lien, Melissa Atkinson, Aki Berry, Cheryl Hayton, Tiffany Scheffer, Lora Haskett, Ashley Healy, Jocelyn Burke-Craig, Brittany Bianchi, Kerry Tighe-Schwegler, Jini Patton, Laura Rocke, Stephenie McGurn, and Peggy Johnson, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LuLaRoe, LLC d/b/a LuLaRoe, a California limited liability company, LLR, Inc., a Wyoming corporation, Mark Stidham; DeAnne Brady a/k/a DeAnne Stidham; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-02102-AB-SHK<br><br>Hon. André Birotte Jr., Ctrm. 7B<br>Mag. Judge Shashi H. Kewalramani, Ctrm. 3/4<br><br>**JOINT STATUS REPORT**<br><br>**Next Report Due:  October 12, 2018** |

| | |
|---|---|
| 1 | Alejandro S. Angulo (State Bar No. 217823)<br>aangulo@rutan.com |
| 2 | Bradley A. Chapin (State Bar No. 232885)<br>bchapin@rutan.com |
| 3 | Kathryn D.Z. Domin (State Bar No. 274771)<br>kdomin@rutan.com |
| 4 | Samantha L. Goates (State Bar No. 310610)<br>sgoates@rutan.com |
| 5 | **RUTAN & TUCKER, LLP**<br>611 Anton Boulevard, Suite 1400 |
| 6 | Costa Mesa, California 92626-1931<br>Telephone: 714-641-5100 |
| 7 | Facsimile: 714-546-9035 |
| 8 | Co-Counsel for Defendants<br>LuLaRoe, LLC, LLR, Inc., |
| 9 | Mark Stidham, and DeAnne Brady |
| 10 | |
| 11 | **Counsel for Plaintiffs and Proposed Class:** |
| 12 | **COHN LIFLAND PEARLMAN**<br>**HERRMANN & KNOPF LLP** |
| 13 | Peter S. Pearlman (admitted *pro hac vice*)<br>psp@njlawfirm.com |
| 14 | KELLY M. PURCARO (admitted *pro hac vice*)<br>kmp@njlawfirm.com |
| 15 | MATTHEW F. GATELY (admitted *pro hac vice*)<br>mfg@njlawfirm.com |
| 16 | Park 80 West – Plaza One<br>250 Pehle Avenue, Suite 401 |
| 17 | Saddle Brook, New Jersey 07663<br>Telephone: (201) 845-9600 |
| 18 | Facsimile: (201) 845-9423 |
| 19 | **GLANCY PRONGAY & MURRAY LLP**<br>MARC L. GODINO (Bar No. 182689) |
| 20 | mgodino@glancylaw.com<br>KARA M. WOLKE (Bar No. 182689) |
| 21 | kwolke@glancylaw.com<br>MARK S. GREENSTONE (Bar No. 199606) |
| 22 | mgreenstone@glancylaw.com<br>1925 Century Park East, Suite 2100 |
| 23 | Los Angeles, CA 90067<br>Telephone: (310) 201-9150 |
| 24 | Facsimile: (310) 201-9160 |
| 25 | **CLAYEO C. ARNOLD**<br>**A PROFESSIONAL LAW CORPORATION** |
| 26 | JOSHUA H. WATSON (SBN 238058)<br>jwatson@justice4you.com |
| 27 | 865 Howe Avenue<br>Sacramento, CA 95825 |
| 28 | |

JOINT STATUS REPORT
CASE NO. 5:17-CV-02102-AB-SHK

| | |
|---|---|
| 1 | Telephone:  (916) 924-3100 |
| 2 | Facsimile:   (916) 924-1829 |
| 3 | **KOHN SWIFT AND GRAF PC** |
| | Johnathan Shub (SBN 237708) |
| 4 | jshub@kohnswift.com |
| | One South Broad Street, Suite 2100 |
| 5 | Philadelphia, PA 19107 |
| | Telephone:  (215) 238-1700 |
| 6 | Facsimile:   (215) 238-1968 |
| 7 | **EDELSON AND ASSOCIATES LLC** |
| | Marc H. Edelson |
| 8 | medelson@edelson-law.com |
| | 3 Terry Drive, Suite 205 |
| 9 | Newton, PA 18940 |
| | Telephone:  (215) 867-2399 |
| 10 | Facsimile:   (215) 685-0676 |
| 11 | **LAW OFFICES OF ALEXANDER M. SCHACK** |
| | Alexander Schack (SBN 99126) |
| 12 | AlexSchack@amslawoffice.com |
| | Natasha N. Serino (SBN 284711) |
| 13 | natashaserino@amslawoffice.com |
| | 16870 West Bernardo Drive, Suite 400 |
| 14 | San Diego, CA 92127 |
| | Telephone:  (858) 485-6535 |
| 15 | Facsimile:   (858) 485-0608 |
| 16 | **LAW OFFICES OF JOSHUA B. KONS** |
| | Joshua B. Kons (SBN 244977) |
| 17 | joshuakons@konslaw.com |
| | 939 West North Avenue, Suite 750 |
| 18 | Chicago, IL 60642 |
| | Telephone:  (312) 757-2272 |
| 19 | Facsimile:   (312) 757-2273 |
| 20 | **HAEGGQUIST & ECK, LLP** |
| | Amber L. Eck (#177882) |
| 21 | ambere@haelaw.com |
| | Aaron M. Olsen (#259923) |
| 22 | aarono@haelaw.com |
| | 225 Broadway, Suite 2050 |
| 23 | San Diego, CA 92101 |
| | Telephone:  (619) 342-8000 |
| 24 | Facsimile:   (619) 342-7878 |
| 25 | **TAUS, CEBULASH & LANDAU, LLP** |
| | Kevin Landau |
| 26 | klandau@tcllaw.com |
| | 80 Maiden Lane, Suite 1204 |
| 27 | New York, NY 10038 |
| | Telephone:  (646) 873-7654 |
| 28 | Facsimile:   (212) 931-0703 |

| | |
|---|---|
| 1 | **MORGAN AND MORGAN COMPLEX LITIGATION GROUP** |
| 2 | John A. Yanchunis |
| | Marcio W. Valladares |
| 3 | 201 North Franklin Street, 7th Floor |
| | Tampa, FL 33602-3644 |
| 4 | Telephone: (813) 275-5272 |
| | Facsimile: (813) 223-5505 |
| 5 | |
| | **Ronald Jay Smolow, Esq.** |
| 6 | ron@smolow.com |
| | 3 Three Ponds Lane |
| 7 | Newton, PA 18940-3001 |
| | Telephone: (215) 579-1111 |
| 8 | Facsimile: (215) 579-7949 |

The parties, through their counsel, hereby submit the following joint status report.

1.  On April 17, 2018, the Court entered its Order Granting in Part and Denying in Part Defendants' Motion to Compel Arbitration [Dkt. 95]. Among other things, the Court ordered the parties to file successive status reports every 120 days, commencing on June 15, 2018.

2.  Thereafter, the parties filed multiple arbitration proceedings before JAMS as follows:

   a.  **Demands Filed By Defendants** - On April 20, 2018, Defendants filed 22 separate arbitration demands, one against each of the Plaintiffs. These arbitration demands seek a declaration from the arbitrator that (1) each of the plaintiffs must submit their claims as alleged in the First Amended Complaint filed in this action [Dkt. 45], or otherwise arising from or relating to the parties' Retailer Agreement, to binding arbitration on an individual basis, and not a class basis; (2), that each plaintiff must first individually mediate her claims before proceeding with the arbitration of her claims; (3) that such individual arbitration be stayed pending individual mediation between the parties; and (4) such other relief as the arbitrator may deem necessary or appropriate. On May 4, 2018, each of the Plaintiffs filed with JAMS their answers to Defendants' arbitration demands that include a general denial and affirmative defenses, and requests that Defendants take nothing by their demands, that the demands be dismissed or consolidated with Plaintiffs' class action demand filed with JAMS (described below), that Plaintiffs recover their attorneys' fees and costs, and such other relief as may be appropriate.

   b.  **Demand Filed By Plaintiffs** - On April 27, 2018, Plaintiffs filed a demand for class action arbitration asserting the same claims pled in the First Amended Complaint filed in this action. On May 3, 2018, Defendants filed their response to Plaintiffs' class action demand that includes a general denial, and affirmative factual allegations and defenses, and requests that an arbitrator be

appointed to first decide Defendants' arbitration demands, that Plaintiffs' class action demand be stayed and then split into 22 separate claims to be mediated and arbitrated individually, that Plaintiffs take nothing by their demand, that Defendants recover their costs and expenses, and such other relief as may be appropriate.

3. The parties have requested JAMS to initiate the arbitrator selection process, and are awaiting administrative action by JAMS.

Dated: June 14, 2018

GLANCY PRONGAY & MURRAY LLP

By: */s/Marc L. Godino*
Marc L. Godino
Attorneys for Plaintiffs

Dated: June 14, 2018

SNELL & WILMER L.L.P.

By: */s/William S. O'Hare*
William S. O'Hare
Attorneys for Defendants

4839-4120-6377.1

*Stella Lemberg, et al. v. LuLaRoe, LLC and LLR, Inc.*
**USDC, Central District of California, Case No. 5:17-cv-02102-AB-SHK**

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I electronically filed the document described as **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Amber L. Eck<br>Aaron M. Olsen<br>HAEGGQUIST & ECK, LLP<br>225 Broadway, Suite 2050<br>San Diego, CA 92101 | Tel:   (619) 342-8000<br>Email:<br>   ambere@haelaw.com<br>   aarono@haelaw.com |
| Peter S. Pearlman<br>Kelly M. Purcaro<br>Matthew F. Gately<br>COHN LIFLAND PEARLMAN<br>HERRMANN & KNOPF LLP<br>Park 80 West – Plaza One<br>250 Pehle Avenue, Suite 401<br>Saddle Brook, NJ 07663 | Tel:   (201) 845-9600<br>Email:<br>   psp@njlawfirm.com<br>   kmp@njlawfirm.com<br>   mfg@njlawfirm.com |
| Kara M. Wolke<br>Mark Samuel Greenstone<br>Marc L Godino<br>GLANCY PRONGAY<br>  & MURRAY LLP<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067 | Tel:   310-201-9150<br>Email:<br>   kwolke@glancylaw.com<br>   MGreenstone@glancylaw.com<br>   mgodino@glancylaw.com |
| Jonathan Shub<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107 | Tel:   215-238-1700<br>Email:<br>   jshub@ kohnswift.com |
| Kevin Landau<br>TAUS, CEBULASH<br>  & LANDAU, LLP<br>80 Maiden Lane, #1204<br>New York, NY 10038 | Tel:   646-873-7654<br>Email:<br>   klandau@tcllaw.com |
| Dated: June 14, 2018 | SNELL & WILMER L.L.P.<br><br>By: */s/ William S. O'Hare*<br>      Steven T. Graham<br>      William S. O'Hare<br>      Elizabeth M. Weldon<br>      Attorneys for Defendants<br>      LuLaRoe, LLC and LLR, Inc. |

*Stella Lemberg, et al. v. LuLaRoe, LLC and LLR, Inc.*
**USDC, Central District of California, Case No. 5:17-cv-02102-AB-SHK**

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On June 14, 2018, I served, in the manner indicated below, a true and correct copy of the foregoing document described as **JOINT STATUS REPORT** on the interested parties in this action:

*See attached Service List*

☒ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY ELECTRONIC MAIL: I caused such document(s) to be delivered electronically to the following email address(es): jwatson@justice4you.com; AlexSchack@amslawoffice.com; natashaserino@amslawoffice.com; shannonnocon@amslawoffice.com; joshuakons@konslaw.com; JYanchunis@ForThePeople.com; MValladares@ForThePeople.com; medelson@edelson-law.com; ron@smolow.com;

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 14, 2018, at Costa Mesa, California.

Rosemary McKay

*Stella Lemberg, et al. v. LuLaRoe, LLC and LLR, Inc.*
**USDC, Central District of California, Case No. 5:17-cv-02102-AB-SHK**
<u>*Service List*</u>

| | |
|---|---|
| Joshua H. Watson<br>Arnold Law Firm<br>865 Howe Avenue<br>Sacramento, CA  95825 | Tel:   916-777-7777<br>jwatson@justice4you.com |
| Alexander Schack<br>Natasha N. Serino<br>Shannon F. Nocon<br>Law Offices of Alexander M. Schack<br>16870 West Bernardo Dr., #400<br>San Diego, CA  92197 | Tel:  858-485-6535<br>AlexSchack@amslawoffice.com<br>natashaserino@amslawoffice.com<br>shannonnocon@amslawoffice.com |
| Joshua B. Kons<br>Law Offices of Joshua B. Kons, LLC<br>939 West North Avenue, Suite 750<br>Chicago, IL  60642 | Tel:  312-757-2272<br>joshuakons@konslaw.com |
| John A. Yanchunis<br>Marcio W. Valladares<br>Morgan and Morgan Complex Lit. Group<br>201 No. Franklin St., 7th Fl.<br>Tampa, FL  33602-3644 | Tel:  813-275-5272<br>JYanchunis@ForThePeople.com<br>MValladares@ForThePeople.com |
| Marc H. Edelson<br>Edelson and Associates LLC<br>3 Terry Drive Suite 205<br>Newton, PA 18940 | Tel:   215-867-2399<br>medelson@edelson-law.com |
| Ronald J. Smolow<br>Law Offices of Ronald Smolow<br>3 Three Ponds Lane<br>Newtown, PA 18940 | Tel:   215-579-1111<br>ron@smolow.com |