1  Steven T. Graham (#105710)
   sgraham@swlaw.com
2  William S. O'Hare (#082562)
   wohare@swlaw.com
3  Elizabeth M. Weldon (#223452)
   eweldon@swlaw.com
4  Jenny Hua (#294984)
   jhua@swlaw.com
5  SNELL & WILMER L.L.P.
   600 Anton Blvd, Suite 1400
6  Costa Mesa, California 92626-7689
   Telephone:  714.427.7000
7  Facsimile:   714.427.7799

8  Attorneys for Defendants
   LuLaRoe, LLC, LLR, Inc.,
9  Mark Stidham and DeAnne Brady

10  *[Counsel Continued on Pages 2-4]*

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

14

15  Stella Lemberg, Jeni Laurence,          Case No. 5:17-cv-02102-AB-SHK
    Amandra Bluder, Carissa Stuckart,       Hon. André Birotte Jr., Ctrm. 7B
16  Dana Apana, Karen Moss Brown,           Mag. Judge Shashi H. Kewalramani,
    Shannon Carrillo, Samantha Hall,        Ctrm. 3/4
17  Natalie Lien, Melissa Atkinson, Aki
    Berry, Cheryl Hayton, Tiffany
18  Scheffer, Lora Haskett, Ashley Healy,   **JOINT STATUS REPORT**
    Jocelyn Burke-Craig, Brittany Bianchi,
19  Kerry Tighe-Schwegler, Jini Patton,
    Laura Rocke, Stephenie McGurn, and      **Next Report Due:  October 4, 2019**
20  Peggy Johnson, on Behalf of
    Themselves and All Others Similarly
21  Situated,

22                     Plaintiffs,

23          v.

24  LuLaRoe, LLC d/b/a LuLaRoe, a
    California limited liability company,
25  LLR, Inc., a Wyoming corporation,
    Mark Stidham; DeAnne Brady a/k/a
26  DeAnne Stidham; and DOES 1-10,
    inclusive,
27
                       Defendants.
28

| | |
|---|---|
| 1 | Alejandro S. Angulo (State Bar No. 217823)<br>aangulo@rutan.com |
| 2 | Bradley A. Chapin (State Bar No. 232885)<br>bchapin@rutan.com |
| 3 | Kathryn D.Z. Domin (State Bar No. 274771)<br>kdomin@rutan.com |
| 4 | Samantha L. Goates (State Bar No. 310610)<br>sgoates@rutan.com |
| 5 | **RUTAN & TUCKER, LLP**<br>611 Anton Boulevard, Suite 1400 |
| 6 | Costa Mesa, California 92626-1931<br>Telephone:   714-641-5100 |
| 7 | Facsimile:   714-546-9035 |
| 8 | Co-Counsel for Defendants<br>LuLaRoe, LLC, LLR, Inc., |
| 9 | Mark Stidham, and DeAnne Brady |
| 10 | |
| 11 | **Counsel for Plaintiffs and Proposed Class:** |
| 12 | **COHN LIFLAND PEARLMAN**<br>**HERRMANN & KNOPF LLP** |
| 13 | Peter S. Pearlman (admitted *pro hac vice*)<br>    psp@njlawfirm.com |
| 14 | KELLY M. PURCARO (admitted *pro hac vice*)<br>    kmp@njlawfirm.com |
| 15 | MATTHEW F. GATELY (admitted *pro hac vice*)<br>    mfg@njlawfirm.com |
| 16 | Park 80 West – Plaza One<br>250 Pehle Avenue, Suite 401 |
| 17 | Saddle Brook, New Jersey 07663<br>Telephone:   (201) 845-9600 |
| 18 | Facsimile:   (201) 845-9423 |
| 19 | **GLANCY PRONGAY & MURRAY LLP**<br>MARC L. GODINO (Bar No. 182689) |
| 20 |     mgodino@glancylaw.com<br>KARA M. WOLKE (Bar No. 182689) |
| 21 |     kwolke@glancylaw.com<br>MARK S. GREENSTONE (Bar No. 199606) |
| 22 |     mgreenstone@glancylaw.com<br>1925 Century Park East, Suite 2100 |
| 23 | Los Angeles, CA 90067<br>Telephone:   (310) 201-9150 |
| 24 | Facsimile:   (310) 201-9160 |
| 25 | **CLAYEO C. ARNOLD**<br>**A PROFESSIONAL LAW CORPORATION** |
| 26 | JOSHUA H. WATSON (SBN 238058)<br>    jwatson@justice4you.com |
| 27 | 865 Howe Avenue<br>Sacramento, CA 95825 |
| 28 | |

JOINT STATUS REPORT
CASE NO. 5:17-CV-02102-AB-SHK

1    Telephone:   (916) 924-3100
     Facsimile:   (916) 924-1829
2

3    **KOHN SWIFT AND GRAF PC**
     Johnathan Shub (SBN 237708)
4       jshub@kohnswift.com
     One South Broad Street, Suite 2100
5    Philadelphia, PA 19107
     Telephone:   (215) 238-1700
6    Facsimile:   (215) 238-1968

7    **EDELSON AND ASSOCIATES LLC**
     Marc H. Edelson
8       medelson@edelson-law.com
     3 Terry Drive, Suite 205
9    Newton, PA 18940
     Telephone:   (215) 867-2399
10   Facsimile:   (215) 685-0676

11   **LAW OFFICES OF ALEXANDER M. SCHACK**
     Alexander Schack (SBN 99126)
12      AlexSchack@amslawoffice.com
     Natasha N. Serino (SBN 284711)
13      natashaserino@amslawoffice.com
     16870 West Bernardo Drive, Suite 400
14   San Diego, CA 92127
     Telephone:   (858) 485-6535
15   Facsimile:   (858) 485-0608

16   **LAW OFFICES OF JOSHUA B. KONS**
     Joshua B. Kons (SBN 244977)
17      joshuakons@konslaw.com
     939 West North Avenue, Suite 750
18   Chicago, IL 60642
     Telephone:   (312) 757-2272
19   Facsimile:   (312) 757-2273

20   **HAEGGQUIST & ECK, LLP**
     Amber L. Eck (#177882)
21      ambere@haelaw.com
     Aaron M. Olsen (#259923)
22      aarono@haelaw.com
     225 Broadway, Suite 2050
23   San Diego, CA 92101
     Telephone:   (619) 342-8000
24   Facsimile:   (619) 342-7878

25   **TAUS, CEBULASH & LANDAU, LLP**
     Kevin Landau
26      klandau@tcllaw.com
     80 Maiden Lane, Suite 1204
27   New York, NY 10038
     Telephone:   (646) 873-7654
28   Facsimile:   (212) 931-0703

- 3 -

1    **MORGAN AND MORGAN COMPLEX**
     **LITIGATION GROUP**
2    John A. Yanchunis
     Marcio W. Valladares
3    201 North Franklin Street, 7th Floor
     Tampa, FL 33602-3644
4    Telephone:   (813) 275-5272
     Facsimile:   (813) 223-5505
5
     **Ronald Jay Smolow, Esq.**
6       ron@smolow.com
     3 Three Ponds Lane
7    Newton, PA 18940-3001
     Telephone:   (215) 579-1111
8    Facsimile:   (215) 579-7949

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT
CASE NO. 5:17-CV-02102-AB-SHK

The parties, through their counsel, hereby submit the following joint status report.

1.      On April 17, 2018, the Court entered its Order Granting in Part and Denying in Part Defendants' Motion to Compel Arbitration [Dkt. 95].  Among other things, the Court ordered the parties to file successive status reports every 120 days, commencing on June 15, 2018.

2.      Thereafter, the parties filed multiple arbitration proceedings before JAMS as described in our previous reports to the Court.  Since the time of our last report (filed February 8, 2019), the following proceedings and developments have occurred:

**a.      Motion to Confirm Award**

In our last report, we reported that on January 24, 2019, Defendants filed a motion with this Court to confirm Judge Stock's partial final award that determined that Plaintiffs' claims could not be arbitrated on a class-wide basis.  This Court granted that motion to confirm on March 28, 2019.  [Dkt. No. 108.]

**b.      Request for Status Conference in Arbitration**

In our last report, we reported Plaintiffs requested a status conference with Judge Stock for the purpose of determining if a clarification of the partial final award was necessary.  Judge Stock denied that request on February 11, 2019.

**c.      Counterclaims in Arbitration**

In April 2019, eighteen of the twenty-two Plaintiffs filed counterclaims against Defendants in the individual arbitration proceedings pending with JAMS. Defendants have responded to these counterclaims and the process of arbitrator selection is underway.

1     Dated:  June 7, 2019                    COHN LIFLAND PEARLMAN
                                              HERRMANN & KNOPF LLP
2

3
                                              By: */s/ Kelly M. Purcaro*
4                                                 Kelly M. Purcaro
                                                  Attorneys for Plaintiffs
5

6
      Dated:  June 7, 2019                    SNELL & WILMER L.L.P.
7

8
                                              By: */s/ Elizabeth M. Weldon*
9                                                 Elizabeth M. Weldon
                                                  Attorneys for Defendants
10

11

12    4816-2766-0440.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT
                                              CASE NO. 5:17-CV-02102-AB-SHK

*Stella Lemberg, et al. v. LuLaRoe, LLC and LLR, Inc.*
**USDC, Central District of California, Case No. 5:17-cv-02102-AB-SHK**

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On June 7, 2019, I served, in the manner indicated below, a true and correct copy of the foregoing documents described as **Joint Status Report** on the interested parties in this action:

### *See attached Service List*

☐ BY REGULAR MAIL:  By placing the document(s) in an envelope I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to  (C.C.P. § 1013(a)).

☐ BY OVERNIGHT DELIVERY:  I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☒ BY ELECTRONIC MAIL:  I caused such document(s) to be delivered electronically to the following email address(es): kmp@njlawfirm.com; mfg@njlawfirm.com; psp@njlawfirm.com; mgodino@glancylaw.com; kwolke@glancylaw.com; Mgreenstone@glancylaw.com; jwatson@justice4you.com; natashaserino@amslawoffice.com; shannonnocon@amslawoffice.com; joshuakons@konslaw.com; aarono@haelaw.com; ambere@haelaw.com; AlexSchack@amslawoffice.com; klandau@tcllaw.com; jshub@kohnswift.com; JYanchunis@ForThePeople.com; MValladares@ForThePeople.com; medelson@edelson-law.com; ron@smolow.com; aangulo@rutan.com; bchapin@rutan.com; kdomin@rutan.com; sgoates@rutan.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 7, 2019, at Costa Mesa, California.

*Diane Williams*

Diane Williams

1

*Stella Lemberg, et al. v. LuLaRoe, LLC and LLR, Inc.*

2

**USDC, Central District of California, Case No. 5:17-cv-02102-AB-SHK**

3

4

***Service List***

5

6

7

8

9

Kelly M. Purcaro
Matthew F. Gately
Peter S. Pearlman
Cohn Lifland Pearlman
Herrmann & Knopf LLP
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663

Tel:    (201) 845-9600
kmp@njlawfirm.com
mfg@njlawfirm.com
psp@njlawfirm.com

10

11

12

13

Marc L. Godino
Kara M. Wolke
Mark Samuel Greenstone
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067

Tel:   310-201-9150
mgodino@glancylaw.com
kwolke@glancylaw.com
Mgreenstone@glancylaw.com

14

15

Joshua H. Watson
Arnold Law Firm
865 Howe Avenue
Sacramento, CA  95825

Tel:   916-777-7777
jwatson@justice4you.com

16

17

18

19

Alexander Schack
Natasha N. Serino
Shannon F. Nocon
Law Offices of Alexander M. Schack
16870 West Bernardo Dr., #400
San Diego, CA  92197

Tel:  858-485-6535
AlexSchack@amslawoffice.com
natashaserino@amslawoffice.com
shannonnocon@amslawoffice.com

20

21

22

Joshua B. Kons
Law Offices of Joshua B. Kons, LLC
939 West North Avenue, Suite 750
Chicago, IL  60642

Tel:  312-757-2272
joshuakons@konslaw.com

23

24

25

Amber L. Eck
Aaron M. Olsen
Haeggquist & Eck, LLP
225 Broadway, Suite 2050
San Diego, CA 92101

Tel:   (619) 342-8000
ambere@haelaw.com
aarono@haelaw.com

26

27

28

Kevin Landau
Taus, Cebulash & Landau, LLP
80 Maiden Lane, #1204
New York, NY 10038

Tel:   646-873-7654
klandau@tcllaw.com

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

PROOF OF SERVICE
CASE NO. 5:17-CV-02102-AB-SHK

4822-6714-7354.1

Jonathan Shub
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107

Tel:   215-238-1700
jshub@kohnswift.com

John A. Yanchunis
Marcio W. Valladares
Morgan and Morgan Complex Lit.
Group
201 No. Franklin St., 7th Fl.
Tampa, FL  33602-3644

Tel:  813-275-5272
JYanchunis@ForThePeople.com
MValladares@ForThePeople.com

Marc H. Edelson
Edelson and Associates LLC
3 Terry Drive Suite 205
Newton, PA 18940

Tel:   215-867-2399
medelson@edelson-law.com

Ronald J. Smolow
Law Offices of Ronald Smolow
3 Three Ponds Lane
Newtown, PA 18940

Tel:   215-579-1111
ron@smolow.com

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

4822-6714-7354.1

PROOF OF SERVICE
CASE NO. 5:17-CV-02102-AB-SHK