Steven T. Graham (#105710)
sgraham@swlaw.com
William S. O'Hare (#082562)
wohare@swlaw.com
Elizabeth M. Weldon (#223452)
eweldon@swlaw.com
Jenny Hua (#294984)
jhua@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626-7689
Telephone:  714.427.7000
Facsimile:   714.427.7799

Attorneys for Defendants
LuLaRoe, LLC, LLR, Inc.,
Mark Stidham and DeAnne Brady

*[Counsel Continued on Pages 2-4]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stella Lemberg, Jeni Laurence, Amandra Bluder, Carissa Stuckart, Dana Apana, Karen Moss Brown, Shannon Carrillo, Samantha Hall, Natalie Lien, Melissa Atkinson, Aki Berry, Cheryl Hayton, Tiffany Scheffer, Lora Haskett, Ashley Healy, Jocelyn Burke-Craig, Brittany Bianchi, Kerry Tighe-Schwegler, Jini Patton, Laura Rocke, Stephenie McGurn, and Peggy Johnson, on Behalf of Themselves and All Others Similarly Situated, | Case No. 5:17-cv-02102-AB-SHK<br>Hon. André Birotte Jr., Ctrm. 7B<br>Mag. Judge Shashi H. Kewalramani, Ctrm. 3/4<br><br>**JOINT STATUS REPORT**<br><br>**Next Report Due:**<br>　　　**May 27, 2021** |
|         Plaintiffs, | |
|     v. | |
| LuLaRoe, LLC d/b/a LuLaRoe, a California limited liability company, LLR, Inc., a Wyoming corporation, Mark Stidham; DeAnne Brady a/k/a DeAnne Stidham; and DOES 1-10, inclusive, | |
|         Defendants. | |

1  Alejandro S. Angulo (State Bar No. 217823)
   aangulo@rutan.com
2  Bradley A. Chapin (State Bar No. 232885)
   bchapin@rutan.com
3  Kathryn D.Z. Domin (State Bar No. 274771)
   kdomin@rutan.com
4  Samantha L. Goates (State Bar No. 310610)
   sgoates@rutan.com
5  **RUTAN & TUCKER, LLP**
   611 Anton Boulevard, Suite 1400
6  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
7  Facsimile:   714-546-9035

8  Co-Counsel for Defendants
   LuLaRoe, LLC, LLR, Inc.,
9  Mark Stidham, and DeAnne Brady

10

11  <u>**Counsel for Plaintiffs and Proposed Class:**</u>

12  **A.Y. STRAUSS, LLC**
    Kelly M. Purcaro (admitted *pro hac vice*)
13  kpurcaro@aystrauss.
    101 Eisenhower Parkway, Suite 412
14  Roseland, NJ 07068
    Telephone:  973-287-5008
15  Facsimile:   973-226-4104

16  **GLANCY PRONGAY & MURRAY LLP**
    MARC L. GODINO (Bar No. 182689)
17    mgodino@glancylaw.com
    KARA M. WOLKE (Bar No. 182689)
18    kwolke@glancylaw.com
    MARK S. GREENSTONE (Bar No. 199606)
19    mgreenstone@glancylaw.com
    1925 Century Park East, Suite 2100
20  Los Angeles, CA 90067
    Telephone:  (310) 201-9150
21  Facsimile:   (310) 201-9160

22  **CLAYEO C. ARNOLD**
    **A PROFESSIONAL LAW CORPORATION**
23  JOSHUA H. WATSON (SBN 238058)
      jwatson@justice4you.com
24  865 Howe Avenue
    Sacramento, CA 95825
25  Telephone:  (916) 924-3100
    Facsimile:   (916) 924-1829
26

27

28

- 2 -

**KOHN SWIFT AND GRAF PC**
Johnathan Shub (SBN 237708)
  jshub@kohnswift.com
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone:  (215) 238-1700
Facsimile:   (215) 238-1968

**EDELSON AND ASSOCIATES LLC**
Marc H. Edelson
  medelson@edelson-law.com
3 Terry Drive, Suite 205
Newton, PA 18940
Telephone:  (215) 867-2399
Facsimile:   (215) 685-0676

**LAW OFFICES OF ALEXANDER M. SCHACK**
Alexander Schack (SBN 99126)
  AlexSchack@amslawoffice.com
Natasha N. Serino (SBN 284711)
  natashaserino@amslawoffice.com
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone:  (858) 485-6535
Facsimile:   (858) 485-0608

**LAW OFFICES OF JOSHUA B. KONS**
Joshua B. Kons (SBN 244977)
  joshuakons@konslaw.com
939 West North Avenue, Suite 750
Chicago, IL 60642
Telephone:  (312) 757-2272
Facsimile:   (312) 757-2273

**HAEGGQUIST & ECK, LLP**
Amber L. Eck (#177882)
  ambere@haelaw.com
Aaron M. Olsen (#259923)
  aarono@haelaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone:  (619) 342-8000
Facsimile:   (619) 342-7878

**TAUS, CEBULASH & LANDAU, LLP**
Kevin Landau
  klandau@tcllaw.com
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone:  (646) 873-7654
Facsimile:   (212) 931-0703
**MORGAN AND MORGAN COMPLEX
LITIGATION GROUP**
John A. Yanchunis
Marcio W. Valladares

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

201 North Franklin Street, 7th Floor
Tampa, FL 33602-3644
Telephone:   (813) 275-5272
Facsimile:    (813) 223-5505

**Ronald Jay Smolow, Esq.**
  ron@smolow.com
3 Three Ponds Lane
Newton, PA 18940-3001
Telephone:   (215) 579-1111
Facsimile:    (215) 579-7949

JOINT STATUS REPORT
CASE NO. 5:17-CV-02102-AB-SHK

The parties, through their counsel, hereby submit the following joint status report.

1.     On April 17, 2018, the Court entered its Order Granting in Part and Denying in Part Defendants' Motion to Compel Arbitration [Dkt. 95].  Among other things, the Court ordered the parties to file successive status reports every 120 days, commencing on June 15, 2018.

2.     Thereafter, the parties filed multiple arbitration proceedings before JAMS as described in our previous reports to the Court.

3.     On January 24, 2019, Defendants filed a motion with this Court to confirm Judge Stock's partial final award that determined that Plaintiffs' claims could not be arbitrated on a class-wide basis.  This Court granted that motion to confirm on March 28, 2019.  [Dkt. No. 108.]

4.     Judge Stock's partial final award permitted Plaintiffs to pursue individual arbitration claims through separate filings or as cross claims to Defendants' pending 22 individual arbitration demands.  Upon the filing of such individual arbitration claims or counterclaims, or upon JAMS receiving notice that such claims will not be brought, Plaintiffs' class action demand shall be dismissed.

5.     In April 2019, eighteen of the twenty-two Plaintiffs filed counterclaims against Defendants in the individual arbitration proceedings pending with JAMS.  Defendants responded to these counterclaims.  The four remaining Plaintiffs —Aki Berry, Brittany Bianchi, Cheryl Hayton, and Tiffany Scheffer— have not filed individual arbitration claims or counterclaims, nor have they provided notice that such claims will not be brought.

6.     In June 2019, the eighteen individual arbitration proceedings were stayed by agreement of the parties for the purpose of exploring mediation.

7. In August 2019, Defendants and Plaintiff Stella Lemberg resolved their dispute and stipulated to the dismissal with prejudice of Lemberg's claims in this action. This Court granted the parties' stipulation for Dismissal with Prejudice by Plaintiff Stella Lemberg on September 25, 2019. [Dkt. No. 111.]

8. In November and December 2019, Defendants and Plaintiffs Samantha Hall, Natalie Lien, Karen Moss Brown resolved their disputes and stipulated to the dismissal with prejudice of Hall's, Lien's, and Brown's claims in this action. This Court granted each of these three stipulations for dismissal with prejudice on December 16, 2019. [Dkt. Nos. 116-18.]

9. In May 2020, Defendants and Plaintiff Carissa Stuckart resolved their disputes and stipulated to the dismissal with prejudice of Stuckart's claims in this action. This Court granted the parties' stipulation for Dismissal with Prejudice by Plaintiff Carissa Stuckart on May 14, 2020. [Dkt. No. 121.]

10. On September 24, 2020, the parties engaged in mediation for the following Plaintiffs: (1) Dana Apana; (2) Melissa Atkinson; (3) Amandra Bluder; (4) Jocelyn Burke-Craig; (5) Shannon Carrillo; (6) Lora Haskett; (7) Jeni Laurence; and (8) Kerry Tighe-Schwegler. The parties resolved the claims for and executed agreements with each of these eight Plaintiffs.

11. Since the parties filed their last joint status report on September 29, 2020, counsel for the parties have continued to explore mediation and other methods of informal resolution of the claims of the remaining Plaintiffs who filed individual counterclaims (Ashley Healy, Peggy Johnson, Stephenie McGurn, Jini Patton, and Laura Rocke).

Dated:  January 27, 2021                    GLANCY PRONGAY & MURRAY LLP


                                            By: /s/ Marc L. Godino
                                            _____
                                            Marc. L. Godino
                                            Attorneys for Plaintiffs


Dated:  January 27, 2021                    SNELL & WILMER L.L.P.


                                            By: /s/ Elizabeth M. Weldon
                                            _____
                                            Elizabeth M. Weldon
                                            Attorneys for Defendants


## **ATTORNEY ATTESTATION**

I, Elizabeth M. Weldon, am the ECF User whose ID and password are being used to file this stipulation.  In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: January 27, 2021                     SNELL & WILMER L.L.P.


                                            By: /s/ Elizabeth M. Weldon
                                            _____
                                            Elizabeth M. Weldon
                                            Attorneys for Defendants


4835-8266-4918.1