UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stella Lemberg, Jeni Laurence, Amandra Bluder, and Carissa Stuckart, Dana Apana, Karen Moss Brown, Shannon Carrillo, Samantha Hall, Natalie Lien, Melissa Atkinson, Aki Berry, Cheryl Hayton, Tiffany Scheffer, Lora Haskett, Ashley Healy, Jocelyn Burke-Craig, Brittany Bianchi, Kerry Tighe-Schwegler, Jini Patton, Laura Rocke, Stephenie McGurn, and Peggy Johnson, on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>LuLaRoe, LLC, d/b/a LuLaRoe, a California limited liability company; LLR, INC., a Wyoming Corporation; Mark Stidham; Deanne Brady a/k/a Deanne Stidham; and DOES 1-10, inclusive<br><br>        Defendants. | Case No. 5:17-cv-02102-AB-SHK<br><br>Hon. Andre Birotte Jr., Ctrm 7B<br>Mag. Judge Shashi H. Kewalramani<br>Ctrm. 3/4<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE BY PLAINTIFF JINI PATTON |

-1-

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE BY PLAINTIFFS**

The Court, having considered the parties' Stipulations for Dismissal with Prejudice (Dkt. Nos. 138–143, "Stipulations"), and good cause appearing, hereby **GRANTS** the Stipulations and **DISMISSES WITH PREJUDICE** this action as between Plaintiffs Jini Patton, Ashley Healy, Brittany Bianchi, Aki Berry, Tiffany Scheffer, Cheryl Hayton ("Plaintiffs") and Defendants LuLaRoe, LLC, LLR, Inc., Mark Stidham, and DeAnne Stidham ("LLR Parties") and including all claims asserted by Plaintiffs against the LLR Parties. Each party shall bear its, his, or her own costs and attorneys' fees in this action.

IT IS SO ORDERED.

Dated: April 02, 2021

_____
Hon. André Birotte Jr.
United States District Court Judge

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE BY PLAINTIFFS**