| | |
|---|---|
| 1 | Steven T. Graham (#105710) |
|   | sgraham@swlaw.com |
| 2 | William S. O'Hare (#082562) |
|   | wohare@swlaw.com |
| 3 | Elizabeth M. Weldon (#223452) |
|   | eweldon@swlaw.com |
| 4 | Jing (Jenny) Hua (#294984) |
|   | jhua@swlaw.com |
| 5 | SNELL & WILMER L.L.P. |
|   | 600 Anton Blvd., Suite 1400 |
| 6 | Costa Mesa, California 92626-7689 |
|   | Telephone: 714.427.7000 |
| 7 | Facsimile: 714.427.7799 |
| 8 | Attorneys for Defendants |
|   | LuLaRoe, LLC, LLR, Inc., |
| 9 | Mark Stidham and DeAnne Brady |
| 10 | *[Counsel Continued on Pages 2-4]* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Stella Lemberg, Jeni Laurence, Amandra Bluder, Carissa Stuckart, Dana Apana, Karen Moss Brown, Shannon Carrillo, Samantha Hall, Natalie Lien, Melissa Atkinson, Aki Berry, Cheryl Hayton, Tiffany Scheffer, Lora Haskett, Ashley Healy, Jocelyn Burke-Craig, Brittany Bianchi, Kerry Tighe-Schwegler, Jini Patton, Laura Rocke, Stephenie McGurn, and Peggy Johnson, on Behalf of Themselves and All Others Similarly Situated, | | Case No. 5:17-cv-02102-AB-SHK<br>Hon. André Birotte Jr., Ctrm. 7B<br>Mag. Judge Shashi H. Kewalramani, Ctrm. 3/4<br><br>**JOINT STATUS REPORT**<br><br>**Next Report Due:**<br>           **September 22, 2021** |
| Plaintiffs, | | |
| v. | | |
| LuLaRoe, LLC d/b/a LuLaRoe, a California limited liability company, LLR, Inc., a Wyoming corporation, Mark Stidham; DeAnne Brady a/k/a DeAnne Stidham; and DOES 1-10, inclusive, | | |
| Defendants. | | |

| | |
|---|---|
| 1 | Alejandro S. Angulo (State Bar No. 217823) |
|   | aangulo@rutan.com |
| 2 | Bradley A. Chapin (State Bar No. 232885) |
|   | bchapin@rutan.com |
| 3 | Kathryn D.Z. Domin (State Bar No. 274771) |
|   | kdomin@rutan.com |
| 4 | Samantha L. Goates (State Bar No. 310610) |
|   | sgoates@rutan.com |
| 5 | **RUTAN & TUCKER, LLP** |
|   | 611 Anton Boulevard, Suite 1400 |
| 6 | Costa Mesa, California 92626-1931 |
|   | Telephone:   714-641-5100 |
| 7 | Facsimile:   714-546-9035 |
| 8 | Co-Counsel for Defendants |
|   | LuLaRoe, LLC, LLR, Inc., |
| 9 | Mark Stidham, and DeAnne Brady |

**Counsel for Plaintiffs and Proposed Class:**

**A.Y. STRAUSS, LLC**
Kelly M. Purcaro (admitted *pro hac vice*)
kpurcaro@aystrauss.
101 Eisenhower Parkway, Suite 412
Roseland, NJ 07068
Telephone:   973-287-5008
Facsimile:   973-226-4104

**GLANCY PRONGAY & MURRAY LLP**
MARC L. GODINO (Bar No. 182689)
   mgodino@glancylaw.com
KARA M. WOLKE (Bar No. 182689)
   kwolke@glancylaw.com
MARK S. GREENSTONE (Bar No. 199606)
   mgreenstone@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:   (310) 201-9150
Facsimile:   (310) 201-9160

**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW CORPORATION**
JOSHUA H. WATSON (SBN 238058)
   jwatson@justice4you.com
865 Howe Avenue
Sacramento, CA 95825
Telephone:   (916) 924-3100
Facsimile:   (916) 924-1829

| | |
|---|---|
| 1 | **KOHN SWIFT AND GRAF PC** |
| | Johnathan Shub (SBN 237708) |
| 2 |   jshub@kohnswift.com |
| | One South Broad Street, Suite 2100 |
| 3 | Philadelphia, PA 19107 |
| | Telephone:  (215) 238-1700 |
| 4 | Facsimile:   (215) 238-1968 |
| 5 | **EDELSON AND ASSOCIATES LLC** |
| | Marc H. Edelson |
| 6 |   medelson@edelson-law.com |
| | 3 Terry Drive, Suite 205 |
| 7 | Newton, PA 18940 |
| | Telephone:  (215) 867-2399 |
| 8 | Facsimile:   (215) 685-0676 |
| 9 | **LAW OFFICES OF ALEXANDER M. SCHACK** |
| | Alexander Schack (SBN 99126) |
| 10 |   AlexSchack@amslawoffice.com |
| | Natasha N. Serino (SBN 284711) |
| 11 |   natashaserino@amslawoffice.com |
| | 16870 West Bernardo Drive, Suite 400 |
| 12 | San Diego, CA 92127 |
| | Telephone:  (858) 485-6535 |
| 13 | Facsimile:   (858) 485-0608 |
| 14 | **LAW OFFICES OF JOSHUA B. KONS** |
| | Joshua B. Kons (SBN 244977) |
| 15 |   joshuakons@konslaw.com |
| | 939 West North Avenue, Suite 750 |
| 16 | Chicago, IL 60642 |
| | Telephone:  (312) 757-2272 |
| 17 | Facsimile:   (312) 757-2273 |
| 18 | **HAEGGQUIST & ECK, LLP** |
| | Amber L. Eck (#177882) |
| 19 |   ambere@haelaw.com |
| | Aaron M. Olsen (#259923) |
| 20 |   aarono@haelaw.com |
| | 225 Broadway, Suite 2050 |
| 21 | San Diego, CA 92101 |
| | Telephone:  (619) 342-8000 |
| 22 | Facsimile:   (619) 342-7878 |
| 23 | **TAUS, CEBULASH & LANDAU, LLP** |
| | Kevin Landau |
| 24 |   klandau@tcllaw.com |
| | 80 Maiden Lane, Suite 1204 |
| 25 | New York, NY 10038 |
| | Telephone:  (646) 873-7654 |
| 26 | Facsimile:   (212) 931-0703 |
| 27 | **MORGAN AND MORGAN COMPLEX LITIGATION GROUP** |
| | John A. Yanchunis |
| 28 | Marcio W. Valladares |

1 | 201 North Franklin Street, 7th Floor
2 | Tampa, FL 33602-3644
Telephone: (813) 275-5272
Facsimile: (813) 223-5505

**Ronald Jay Smolow, Esq.**
 ron@smolow.com
3 Three Ponds Lane
Newton, PA 18940-3001
Telephone: (215) 579-1111
Facsimile: (215) 579-7949

The parties, through their counsel, hereby submit the following joint status report.

1. On April 17, 2018, the Court entered its Order Granting in Part and Denying in Part Defendants' Motion to Compel Arbitration [Dkt. 95]. Among other things, the Court ordered the parties to file successive status reports every 120 days, commencing on June 15, 2018.

2. Thereafter, the parties filed multiple arbitration proceedings before JAMS as described in our previous reports to the Court.

3. On January 24, 2019, Defendants filed a motion with this Court to confirm Judge Stock's partial final award that determined that Plaintiffs' claims could not be arbitrated on a class-wide basis. This Court granted that motion to confirm on March 28, 2019. [Dkt. No. 108.]

4. Judge Stock's partial final award permitted Plaintiffs to pursue individual arbitration claims through separate filings or as cross claims to Defendants' pending 22 individual arbitration demands. Upon the filing of such individual arbitration claims or counterclaims, or upon JAMS receiving notice that such claims will not be brought, Plaintiffs' class action demand shall be dismissed.

5. In April 2019, eighteen of the twenty-two Plaintiffs filed counterclaims against Defendants in the individual arbitration proceedings pending with JAMS. Defendants responded to these counterclaims. The four remaining Plaintiffs —Aki Berry, Brittany Bianchi, Cheryl Hayton, and Tiffany Scheffer—did not file individual arbitration claims or counterclaims.

6. In June 2019, the eighteen individual arbitration proceedings were stayed by agreement of the parties for the purpose of exploring mediation.

7. In August 2019, Defendants and Plaintiff Stella Lemberg resolved their dispute and stipulated to the dismissal with prejudice of Lemberg's claims in this action. This Court granted the parties' stipulation for Dismissal with Prejudice by Plaintiff Stella Lemberg on September 25, 2019. [Dkt. No. 111.]

8.  In November and December 2019, Defendants and Plaintiffs Samantha Hall, Natalie Lien, Karen Moss Brown resolved their disputes and stipulated to the dismissal with prejudice of Hall's, Lien's, and Brown's claims in this action. This Court granted each of these three stipulations for dismissal with prejudice on December 16, 2019. [Dkt. Nos. 116-18.]

9.  In May 2020, Defendants and Plaintiff Carissa Stuckart resolved their disputes and stipulated to the dismissal with prejudice of Stuckart's claims in this action. This Court granted the parties' stipulation for Dismissal with Prejudice by Plaintiff Carissa Stuckart on May 14, 2020. [Dkt. No. 121.]

10. On September 24, 2020, the parties engaged in mediation for the following Plaintiffs: (1) Dana Apana; (2) Melissa Atkinson; (3) Amandra Bluder; (4) Jocelyn Burke-Craig; (5) Shannon Carrillo; (6) Lora Haskett; (7) Jeni Laurence; and (8) Kerry Tighe-Schwegler. The parties resolved the claims for and executed agreements with each of these eight Plaintiffs. In December 2020, the parties also resolved the claims for and executed agreements with six additional Plaintiffs: (1) Jeni Patton; (2) Ashley Healy; (3) Brittany Bianchi; (4) Aki Berry; (5) Tiffany Scheffer; and (6) Cheryl Hayton to the parties' mutual satisfaction.

11. Since the parties filed their last joint status report on January 27, 2021, this Court granted the parties' stipulation for Dismissal with Prejudice by Plaintiffs Melissa Atkinson, Amandra Bluder, Lora Haskett, Jeni Laurence, Shannon Carrillo, Jocelyn Burke-Craig, Kerry Tighe-Schwegler, and Dana Apana on February 1, 2021. [Dkt. No. 137.]

12. On April 2, 2021, this Court granted the parties' stipulation for Dismissal with Prejudice by Plaintiff Jini Patton, Ashley Healy, Brittany Bianchi, Aki Berry, Tiffany Scheffer, and Cheryl Hayton. [Dkt. No. 144.]

///

///

///

13. The parties continue to explore mediation and other methods of informal resolution of the claims of the three remaining Plaintiffs who filed individual counterclaims (Peggy Johnson, Stephenie McGurn, and Laura Rocke).

| Dated: May 27, 2021 | GLANCY PRONGAY & MURRAY LLP |
|---|---|
| | By: */s/ Marc L. Godino* <br> Marc. L. Godino <br> Attorneys for Plaintiffs |
| Dated: May 27, 2021 | SNELL & WILMER L.L.P. |
| | By: */s/ Jing (Jenny) Hua* <br> Jing (Jenny) Hua <br> Attorneys for Defendants |

## ATTORNEY ATTESTATION

I, Jing (Jenny) Hua, am the ECF User whose ID and password are being used to file this stipulation. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| Dated: May 27, 2021 | SNELL & WILMER L.L.P. |
|---|---|
| | By: */s/ Jing (Jenny) Hua* <br> /s/ Jing (Jenny) Hua <br> Attorneys for Defendants |

4843-0309-1947.1