UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stella Lemberg, Jeni Laurence, Amandra Bluder, and Carissa Stuckart, Dana Apana, Karen Moss Brown, Shannon Carrillo, Samantha Hall, Natalie Lien, Melissa Atkinson, Aki Berry, Cheryl Hayton, Tiffany Scheffer, Lora Haskett, Ashley Healy, Jocelyn Burke-Craig, Brittany Bianchi, Kerry Tighe-Schwegler, Jini Patton, Laura Rocke, Stephenie McGurn, and Peggy Johnson, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>LuLaRoe, LLC, d/b/a LuLaRoe, a California limited liability company; LLR, INC., a Wyoming Corporation; Mark Stidham; Deanne Brady a/k/a Deanne Stidham; and DOES 1-10, inclusive<br><br>    Defendants. | Case No. 5:17-cv-02102-AB-SHK<br><br>Hon. Andre Birotte Jr., Ctrm 7B<br>Mag. Judge Shashi H. Kewalramani Ctrm. 3/4<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE BY PLAINTIFFS LAURA ROCKE, STEPHANIE MCGURN, AND PEGGY JOHNSON** |

-1-

**[PROPOSED] ORDER GRANTING STIPULATIONS FOR DISMISSAL WITH PREJUDICE**

1  The Court, having considered the parties' Stipulations for Dismissal with
2  Prejudice (Dkt. No. 147–149, "Stipulations"), and good cause appearing, hereby
3  **GRANTS** the Stipulations and **DISMISSES WITH PREJUDICE** this action as
4  between Plaintiffs Laura Rocke, Stephanie McGurn, and Peggy Johnson
5  ("Plaintiffs") and Defendants LuLaRoe, LLC, LLR, Inc., Mark Stidham, and
6  DeAnne Stidham ("LLR Parties") and including all claims asserted by Plaintiffs
7  against the LLR Parties. Each party shall bear its, his, or her own costs and
8  attorneys' fees in this action.
9      IT IS SO ORDERED.

11 Dated:   July 08, 2021   _____
12         Hon. André Birotte Jr.
        United States District Court Judge

**[PROPOSED] ORDER GRANTING STIPULATIONS FOR DISMISSAL WITH PREJUDICE**